UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00045-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2. GERARDO ARREDONDO**, a/k/a "Bobbles,"

      Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE
AS TO DEFENDANT GERARDO ARREDONDO ONLY**

---

THIS MATTER is before the Court on the United States' Motion for Preliminary Order of Forfeiture [ECF No. 595] pursuant to Rule 32.2 of the FEDERAL RULES of CRIMINAL PROCEDURE.   The Court having read said motion and being fully advised in the premises finds:

On January 29, 2013, the United States and defendant Gerardo Arredondo entered into a Plea Agreement [ECF No. 570], which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2;

That, the requisite nexus exists between the $10,500.00 in United States Currency and the charge of Conspiracy to Distribute and Possess with the Intent to Distribute 5 Kilograms or More of a Mixture or Substance Containing a Detectable Amount of Cocaine that defendant Gerardo Arredondo pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated

- 1 -

sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Gerardo Arredondo's interest in the following:

$10,500.00 in United States Currency, is forfeited to the United States in

accordance with 21 U.S.C. § 853.   Pursuant to FED. R. CRIM. P. 32.2(b)(4), this

Preliminary Order of Forfeiture shall become final as to the defendant at the time of

sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States, or its designated sub-custodian, is directed to seize the

property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture

in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty (30)

consecutive days, and to make its return to this Court that such action has been

completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a

Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2(c)(2), in

which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests

of all third-parties in ancillary proceedings.

THAT, this Preliminary Order of Forfeiture will be amended pursuant to FED. R.

CRIM. P. 32.2(e)(1) if additional specific property is later identified.

Dated:   April 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge